**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed September 29, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00239-CV

_____

### IN RE KIMBERLY ANN JACSON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**387th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-270713**

---

## MEMORANDUM OPINION

On March 27, 2020, relator Kimberly Ann Jacson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Richard T. Bell, associate judge of the 387th District Court of Fort Bend County, to stay the part of his March 4, 2020 order requiring relator to move out of the marital residence until a de novo hearing of temporary orders can be held.

On September 15, 2020, we issued an order stating in relevant part:

> We order the parties to provide to this court with a written status report as to whether the judgment referenced in [relator's] letter [approving the parties' settlement] has been signed or whether this proceeding may be dismissed as moot. If the parties do not file this status report by September 22, 2020, the court will proceed with dismissing this proceeding.

Because relator has not provided this court with a status report as ordered above by September 22, 2020, we dismiss relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.